UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DALE RICKY HERMAN #749529,

       Plaintiff,

                             Case No: 2:25-cv-124

v.

                             HON. ROBERT J. JONKER

MICHIGAN STATE POLICE et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 22, 2026 (ECF No. 39). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 39) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss (ECF No. 28, 31) are **GRANTED** and plaintiff's complaint is **DISMISSED**.

Dated:   May 15, 2026              /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE